## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EAST COAST TRANSPORT, LLC | : | |
| | : | |
| -V- | : | CIVIL NO. 1:22-cv-01123 |
| | : | |
| JJS TRANSPORTATION & DIST. CO. | : | |
| | : | |
| -AND- | : | |
| | : | |
| EAST PENN MANUFACTURING CO. | : | |

### DEFAULT JUDGMENT

Defendant, JJS Transportation and Distribution Co., having been duly served with the process copy of the Complaint in the above-captioned action, and having been defaulted for failure to answer, appear or otherwise move as to the Complaint, and Plaintiff having filed a Request for Entry of Default and Final Judgment,

**FINAL JUDGMENT** is on this 4th day of March, 2025, signed and entered in the sum of $112,280.00, plus costs and post-judgment interest, in favor of the Plaintiff, East Coast Transport, LLC.

Melissa E. Roads, Esq.
**CLERK OF THE COURT**

s/Maureen Gary
**Deputy Clerk**