IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| EAST COAST TRANSPORT, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>JJS TRANSPORTATION & DISTRIBUTION CO., et al.,<br><br>        Defendants. | Civil No. 22-1123 (AMD) |

### ORDER OF DISMISSAL

This matter having previously been reported settled [D.I. 84] as between Plaintiff, East Coast Transport, LLC and Defendant East Penn Manufacturing Co. (hereinafter, "East Penn") and Plaintiff having requesting dismissal of its claims against Defendant East Penn with prejudice; and Defendant East Penn having filed a letter on January 30, 2025 [D.I. 88] requesting dismissal of its crossclaims against Defendant JJS Transportation & Distribution Co. (hereinafter, "JJS"); and default judgment having been entered on Plaintiff's claims against Defendant JJS on March 4, 2025; and it appearing that all other claims in this matter have been resolved by way of Order of the Court dated January 22, 2024; and for good cause shown:

IT IS on this **7th** day of **March 2025**,

**ORDERED** that all claims asserted by Plaintiff against East Penn shall be, and are hereby, dismissed with prejudice; and it is further

**ORDERED** that all crossclaims asserted by East Penn against Defendant JJS shall be, and are hereby, dismissed; and it is further

**ORDERED** that the Clerk of the Court shall mark this case <u>**CLOSED**</u>.

<u>s/ Ann Marie Donio</u>
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE